UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HELIO FELIX, JR.,

                **Plaintiff,**

-vs-                              Case No.  6:07-cv-1277-Orl-28DAB

BUDDY'S PAINTING SERVICE, INC.,
CLIFFORD W. DYE,

                **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment Against Defendants (Doc. No. 10) filed March 20, 2008.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 7, 2008 (Doc. No. 11) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The motion for default judgment is granted.

    3.    Final Judgment is entered in favor of Plaintiff and against Defendants Buddy's Painting Service, Inc. and Clifford W. Dye in the amount of $3,821.62 in damages, $1,985.00 in attorney's fees, and $570.00 in costs.

4. The Clerk shall enter Judgment as set forth above and thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __3 0__ day of April, 2008.

                                                        JOHN ANTOON II
                                                       United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party